IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01399-RPM

ZURICH SPECIALTIES LONDON, LTD.,

       Plaintiff,

v.

FAIRFIELD CONSTRUCTION CO., INC.,

       Defendant.

_____

## ORDER EXTENDING TIME TO ANSWER
_____

Pursuant to the hearing convened today, it is

ORDERED that defendant's motion for extension of time to file an answer [8] is granted to and including January 22, 2008.

DATED: November 26th, 2007

       BY THE COURT:

       s/Richard P. Matsch
       _____
       Richard P. Matsch, Senior Judge