IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-01399-RPM

ZURICH SPECIALTIES LONDON, LTD.,

    Plaintiff,

v.

FAIRFIELD CONSTRUCTION CO., INC.,

    Defendant.

---

ORDER DENYING MOTION FOR PROTECTIVE ORDER

---

Upon review of the Stipulated Motion for Protective Order [24], filed on April 7, 2008, it is

ORDERED that the motion is denied for failure to comply with D.C.COLO.LCivR 7.2 and 7.3.

Dated: April 8, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge