IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-01399-RPM-MJW

ZURICH SPECIALTIES LONDON,
 LTD., a London corporation,

    Plaintiff,

v.

FAIRFIELD CONSTRUCTION CO.,
INC., a Colorado corporation,

    Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal with Prejudice and the Court being fully informed in the premises, it is hereby

ORDERED, JUDGED AND DECREED:

1. That Plaintiff's Complaint and any and all claims of the Plaintiff regarding the premium audit as set forth in the Complaint are dismissed with prejudice;

2. That any and all claims of the Defendant as set forth in its Answer including, any claims for bad faith, attorney's fees and expenses and costs incurred in defending the issues in this action and no other, are dismissed with prejudice;

3. That each party is to pay its own respective fees, expenses and costs.

4. This Order of Dismissal pertains to the claims, issues and defenses in this case only and no other cases or legal actions between the parties.

5. That the August 21, 2008, second scheduling conference is vacated.

DATED this 14th day of August, 2008.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, U.S. District Court Judge